UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **THOMAS ELLIOT, Individually And On Behalf Of All Others Similarly Situated** | NO. 6:20 – CV – 01591 – RRS -- PJH |
| **VERSUS** | JUDGE SUMMERHAYS |
| **DC INTERNATIONAL, INC., LINDA EARLES AND RUSSELL EARLES** | MAGISTRATE JUDGE PATRICK H. HANNA |

### ORDER OF DISMISSAL

CONSIDERING THE FOREGOING Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii):

IT IS ORDERED, ADJUDGED AND DECREED that all claims, demands and/or causes of action asserted by Plaintiff, Thomas Elliott, in the above-captioned matter (both individually and/or in any alleged representative capacity) against defendants, DC International, Inc., Linda Earles and/or Russell Earles, be and are hereby dismissed with prejudice, at Plaintiff's cost and with all parties to pay their own attorney's fees.

THUS DONE AND SIGNED on this  14th   day of    March             2022, in Lafayette, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE